Case No.: 09–45082 – RJK
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

NORTH AMERICAN CAPITAL
MARKETS LLC
fka NACM ACQUISITION LLC

701 XENIA AVENUE SOUTH
SUITE 100
GOLDEN VALLEY, MN 55416

Social security/Taxpayer ID/Employer
ID/Other Nos.: 20–3847930

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 12/7/09, or, for governmental units, within 180 days from the date of the Order for Relief or 12/7/09, whichever is later. A proof of claim form is provided on the reverse side of this notice. Claims must be filed with the clerk of bankruptcy court at the address stated below.

Dated: 9/3/09

      Lori Vosejpka
      Clerk, U.S. Bankruptcy Court
      301 U.S. Courthouse
      300 South Fourth Street
      Minneapolis, MN 55415

      BY: lindas
      Deputy Clerk

**PROOF OF CLAIM FORM ON REVERSE SIDE OF THIS NOTICE**

mnbflclm 12/1/2007