MN-305
(10/00)

*Receipt 192215 12-21-10 SN*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: __North American Capital Markets, LLC__

Chapter 7 Case No. __09-45082__

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| VISI Headquarters | 1 | | $0.41 |

RECEIVED 10 DEC 21 AM 9:27 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

Date: __December 15, 2010__

Trustee
Dwight R. J. Lindquist
4509 Hibiscus Avenue
Minneapolis, MN 55435
(952) 922-3815     #63538